THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, § | | |
| Plaintiff, § | | |
| § | | |
| v. § | CIVIL ACTION NO. B-94-287 | |
| § | | |
| BENITO S. VASQUEZ, ESPERANZA § | | |
| G. VASQUEZ, and GLORIA VASQUEZ § | | |
| a/k/a GLORIA SALINAS, § | | |
| Defendants. § | | |

## ORDER OF FORECLOSURE AND SALE

BEFORE the Court is Plaintiff's Motion for Order of Foreclosure and Sale (Docket No. 42). For good cause shown, said motion is hereby GRANTED, and in accordance with the Final Judgement entered on February 12, 1997; accordingly,

IT IS ORDERED that:

1. The United States' federal tax liens are hereby foreclosed against the real property at issue in this proceeding located at 123 Garden Street, Brownsville, Cameron County, Texas 78520, (the "Property"), and more particularly described as:

> Lot Thirty-one (31), Block Nine (9), Garden Park Subdivision,
> an addition to the City of Brownsville, Cameron County, Texas.

2. The United States Marshal or his representative is authorized and directed to sell the Property, together with any improvements, buildings, and appurtenances thereon, at public auction, in accordance with 28 U.S.C. §§ 2001 and 2002, subject to the minimum bid price determined by the United States and certain other rights as set forth in this Order.

3. The sale by public auction shall be held at the main entrance of the Judicial Building of the Cameron County Courthouse, located in the 900 block of East Harrison Street, Brownsville, Texas 78520, in accordance with the provisions of 28 U.S.C. §§ 2001 and 2002,

and that after the United States Marshal or his representative has determined the date and time for the sale, the Marshal or his representative shall insert the same in the Notice of Sale attached hereto, and shall promptly mail a copy of said Notice of Sale to each of the following:

>Ramona S. Notinger
>Attorney, Tax Division
>U.S. Department of Justice
>717 N. Harwood, Suite 400
>Dallas, Texas 75201
>
>Esperanza G. Vasquez
>123 Garden Street
>Brownsville, Texas 78520
>
>Benito S. Vasquez
>1101 Central Blvd., Apt. 15
>Brownsville, Texas 78520
>
>Stephen James Raynor, Esq.
>5307 E. Mockingbird Lane, Suite 806
>Dallas, Texas 75206

4. The date and time of such public auction sale shall also be announced by the United States Marshal by advertising the attached Notice of Sale once each week for four consecutive weeks preceding the date fixed for the sale in a newspaper of general circulation in Cameron County, Texas, and by any other notice that the United States Marshal or his representative may in his discretion deem appropriate.

5. The Property shall be sold free and clear of all liens or other claims of any party to this proceeding.

6. The successful bidder shall be required to deposit with the United States Marshal a minimum of ten percent (10%) of the amount bid on the date of the sale, either by certified check or by cash deposit.

7. The balance of the purchase price shall be tendered to the United States Marshal by

the successful bidder within two (2) days following the date of the sale; payment shall be made by certified check payable to the United States Marshal; and in the event that the purchaser fails to fulfill this requirement, the deposit shall be forfeited and applied to the expenses of sale, and the Property shall be re-offered for sale in the same manner as provided for in the initial sale.

8. No person receiving notice of the entry of the Order shall take any steps to demean, impair, or destroy the value of the Property, including the improvements thereon, and no action shall be taken to impede the United States Marshal in the execution of his duties, except pursuant to order of this Court.

9. Pending the sale of the Property, the United States Marshal shall have access to the Property and shall take all actions appropriate to preserve said Property until the deed thereof is delivered to the successful purchaser.

10. The sale shall be subject to confirmation by this Court, and upon confirmation and receipt of the full purchase price of such sale, the United States Marshal shall execute and deliver his deed conveying the Property sold to the successful purchaser.

11. After confirmation of the sale of the Property, the United States Marshal shall ascertain the expenses of the sale; shall pay those amounts out of the sale proceeds, and then remit the balance of the sale proceeds to the United States of America in the form of a check made payable to the United States Treasury, in care of the U.S. Department of Justice, Tax Division, 717 N. Harwood, Suite 400, Dallas, Texas 75201; with a statement of the amount of the net proceeds received from the sale.

IT IS FURTHER ORDERED that the Clerk of Court shall immediately mail a copy of this order to counsel of record identified in paragraph 3 above, and shall deliver a copy to the United States Marshal.

SIGNED on the 1ST day of SEPTEMBER, 2000 in Brownsville, Texas.

_____
Filemon B. Vela
United States District Judge