IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL NO. B-94-287 |
| | ) | |
| BENITO S. VASQUEZ, ESPERANZA, | ) | |
| G. VASQUEZ, and GLORIA VASQUEZ | ) | |
| a/k/a GLORIA SALINAS, | ) | |
| | ) | |
| Defendants. | ) | |

FEB 1 6 2001

Michael N. Milby
Clerk of Court

ORDER CONFIRMING MARSHAL'S SALE

On this day the Court considered the United States' Motion to Confirm Sale, a sale made by the United States Marshal for the Southern District of Texas pursuant to this Court's Order of Foreclosure and Sale dated September 5, 2000, of the following described property located at 123 Garden Street, Brownsville, Cameron County, Texas 78520:

> Lot Thirty-one (31), Block (9), Garden Park Subdivision, an addition to the City of Brownsville, Cameron County, Texas.

The Court has examined the proceedings of the United States Marshal under the Order of Foreclosure and Sale. No objections have been filed. The Court therefore finds that due and legal notice of the sale was given in conformity with the law and judgment of this Court. The Court further finds that on October 3, 2000, the United States Marshal sold the property for $16,769.00 to Weldon Briggs, he being the highest bidder. The Court further finds that the Marshal's

Sale was in all respects in conformity with the law and judgment of this Court.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the United States Marshal's Sale and all proceedings under the Order of Foreclosure and Sale are hereby approved and confirmed, and that the United States Marshal for the Southern District of Texas make and execute to the purchaser a good and sufficient deed for the property.

IT IS FURTHER ORDERED that after the execution and delivery of the Deed to the purchaser by the United States Marshal, the purchaser is hereby granted possession of the property against any or all persons now in possession.

SIGNED ON THE 16th DAY OF FEBRUARY, 2001.

_____
UNITED STATES DISTRICT JUDGE

APPROVED:

_____
RAMONA S. NOTINGER
Texas Bar No. 19158900
Attorney, Tax Division
U.S. Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
(214) 880-9766
(214) 880-9741 [fax]
ATTORNEY FOR UNITED STATES

2